IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

BALTIMORE DREDGES, LLC          *
                                *
                                *
v.                              *   Civil No. JFM-02-2899
                                *
CHARLES H. JOHNSON              *
*****

ORDER

For the reasons stated on the record on January 17, 2003, it is, this 21st day of January 2003

ORDERED

1. Plaintiff's motion to remand is denied;

2. Defendant's motion to dismiss is granted; and

3. This action is dismissed.

J. Frederick Motz
United States District Judge